# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CIVIL DOCKET FOR CASE #: 2:07-cv-00747-JCC
# Internal Use Only

Brenton v. Menu Foods  
Assigned to: John C Coughenour  
Cause: 28:1332 Diversity-Contract Dispute  

Date Filed: 05/15/2007  
Jury Demand: None  
Nature of Suit: 195 Contract Product Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Norman Brenton**  
*individually and on behalf of all others similarly situated*

represented by **Jeniphr A.E. Breckenridge**  
HAGENS BERMAN LLP  
1301 5TH AVE  
STE 2900  
SEATTLE, WA 98101  
206-623-7292  
Fax: 206-623-7292  
Email: jeniphr@hbsslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael David Myers**  
MYERS & COMPANY  
1809 7TH AVE  
STE 700  
SEATTLE, WA 98101  
206-398-1188  
Fax: FAX 398-1189  
Email: mmyers@myers-company.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**  
HAGENS BERMAN SOBOL SHAPIRO LLP  
1301 5TH AVE  
STE 2900  
SEATTLE, WA 98101  
206-623-7292  
Email: steve@hbsslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

Dockets.Justia.com

## **Defendant**

### **Menu Foods**
*a foreign corporation*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against defendant Menu Foods (NO Summons(es) issued)(Receipt # SEA 9372), filed by Norman Brenton. (Attachments: # 1 Civil Cover Sheet)(PM, ) (Entered: 05/18/2007) |
| 06/21/2007 | 2 | MINUTE ENTRY setting status conference: <br><br>The attorney who will be responsible for trying the case should attend the conference and be prepared to discuss the following matters at the conference: **1.** The nature of the case, **2.** The status of matters which are presently set before the Court, e.g., hearings, motions, etc., **3.** The status of discovery and a time schedule for its completion, **4.** A statement of any legal issues about which motions are contemplated and a possible briefing schedule, **5.** An estimate of the number of days needed for trial, **6.** Whether the case is jury or non-jury, **7.** The date by which the case will be ready for trial, and **8.** Settlement probabilities. Counsel for all parties are required to appear at the conference. If counsel office is outside of Seattle, arrangements can be made for telephonic participation in the conference. If counsel wish to make such arrangements, they should contact Julie Mahnke, Deputy Clerk at 206-370-8805. COUNSEL FOR THE PLAINTIFF IS DIRECTED TO NOTIFY ALL PARTIES OF THE DATE AND TIME OF THE SCHEDULED CONFERENCE. Status Conference set for 9/11/2007 at 09:00 AM before John C Coughenour. (JM, ) (Entered: 06/21/2007) |

I hereby certify that the attached is a true and correct copy of the docket on file at the Western District of Washington

BRUCE RIFKIN, Clerk

By  S/Rhonda Stiles
        Deputy Clerk